# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

## No. 98-30470
_____

## STANDARD FINANCE, INC.,

**Plaintiff-Appellant,**

**versus**

## ST. JAMES PARISH; SOUTHERN GOVERNMENTAL FINANCE CORPORATION; VONDRA K. DRONE; JACK E. KOSLOW; ASCENSION PARISH; ST. CHARLES PARISH; ST. JOHN THE BAPTIST PARISH; WEST BATON ROUGE PARISH,

**Defendants-Appellees.**

_____

### Appeal from the United States District Court
### for the Middle District of Louisiana
### (94-CV-1666)
_____

September 13, 1999

Before DUHE,  BARKSDALE, and EMILIO M. GARZA, Circuit Judges:

PER CURIAM:[*]

**AFFIRMED.  See 5th Cir. Rule 47.6.**

_____

[*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.